The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>SEVERIN CRUZ-SALAZAR,<br><br>Defendant. | NO.  CR18-113-RSM<br><br>**ORDER GRANTING TEMPORARY STAY** |

The Court, having reviewed the Stipulated Motion of the Parties requesting a temporary stay of briefing, hereby states that IT IS ORDERED the motion be granted.  It is further ORDERED that after reviewing the files and consulting with the defendant, Counsel for Severin Cruz-Salazar will notify the Court and the counsel for the United States on or before March 12, 2021, whether an amended motion will be filed in this case. If no such motion is to be filed, the United States will have fourteen days from that notice in which to file its response to the *pro se* motion.  If an amended motion is to be filed, the parties are to provide a proposed briefing schedule to the court.

DATED this 19th day of February, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING TEMPORARY STAY/
*United States v. Cruz-Salazar,* 18-CR-113-RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-79707

1. Presented by:
2. */s/ Helen J. Brunner*
   HELEN J. BRUNNER
3. Assistant United States Attorney
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

ORDER GRANTING TEMPORARY STAY/
*United States v. Cruz-Salazar,* 18-CR-113-RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-79707