The Honorable Ricardo Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>SEVERINO CRUZ-SALAZAR,<br><br>           Defendant. | No.   CR18-113 RSM<br><br>ORDER TO SEAL |

The Court, having reviewed the Defendant's Motion to Seal and due to the sensitive information of the health records sought to remain under seal in Exhibit 1 (see Docket 39) to Mr. Cruz-Salazar's Supplemental Motion for Compassionate Release Pursuant To 18 U.S.C. 3582(C)(1), it is hereby ORDERED that the Defendant's Exhibit 1 shall remain sealed.

DATED this 19th day of April, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Brent Hart*
Brent Hart
Attorney for Mr. Cruz-Salazar

ORDER TO SEAL
*US v. Cruz-Salazar, CR18-113 RSM*

1

HART JARVIS MURRAY CHANG
155 NE 100TH STREET SUITE 210
SEATTLE, WA 98125
TEL: 206-735-7474
FAX: 206-260-2950